**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **RONALD DEAN McCOY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV566** |
| **vs.** ) | |
| ) | **SCHEDULING ORDER** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

A consolidated Planning Conference was held on November 14, 2006 in this case and related case *McCoy v. Kensey Nash Corp., et al.*, Civil No. 4:05CV3297. Following that conference, a scheduling order was entered setting case progression deadlines in Case No. 4:05CV3297. The United States filed its answer in this case on December 29, 2006 and the case is ready to be progressed. Accordingly,

**IT IS ORDERED** that counsel are given until and including **January 25, 2007** to submit a stipulated scheduling order to govern this case, consistent with the deadlines already set in Case No. 4:05CV3297.[1]

**DATED January 3, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

[1] For counsel's convenience, the Scheduling Order (Filing 61 in Case No. 4:05CV3297) is attached as Exhibit "A" to this Order.