IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD DEAN MCCOY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV566 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The court has been advised that the defendant does not oppose the pending motion for leave to file an amended complaint adding a party defendant. I shall grant the motion, therefore, and suspend the extant scheduling order until the new party has entered an appearance in the case.

IT THEREFORE HEREBY IS ORDERED,

1. The motion for leave to file amended complaint and add party defendant, filing 39, is granted, and the amended complaint may be filed within five days.

2. The current progression orders, filings 19 and 20, are withdrawn. A new progression order will be entered once counsel for the new defendant has entered an appearance. Once counsel has appeared, all counsel shall confer regarding the matter of scheduling, and shall jointly submit to the court their proposed amended progression order, or, if agreement cannot be reached, request a telephone conference with the undersigned.

DATED this 7th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge