IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD DEAN McCOY, | ) | 8:06CV566 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| and NEIL GOLDSTEIN, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

Inasmuch as the plaintiff has filed an amended complaint with leave of court,

IT IS ORDERED that the government's motion to dismiss, etc. (filing 28), filed with reference to the original complaint, is denied without prejudice, as moot.

August 14, 2007.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge